UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATACHA NOBILE,<br><br>        Plaintiff,<br><br>   -against-<br><br>BORACK OBAMA ADMINISTRATION,<br><br>        Defendant. | 23-CV-7417 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the October 10, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: October 10, 2023
    New York, New York

                /s/ Laura Taylor Swain
                LAURA TAYLOR SWAIN
              Chief United States District Judge